UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE MURSCHEL,<br><br>                    Plaintiff,<br>v.<br>DANIEL PARAMO, *et al.*,<br>                    Defendants. | Case No.: 3:17-cv-1142-BTM-AGS<br><br>**ORDER GRANTING EX PARTE APPLICATION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**[ECF NO. 67]** |

      Before the Court is Defendants H. Melton and M. Brown's ex parte application seeking an order staying discovery in this matter pending the resolution of Defendant Brown's pending motion to dismiss. (ECF No. 67; *see also* ECF Nos. 50 (Defendant Brown's motion to dismiss) & 66 (Defendant Melton's answer).) To date, Plaintiff has not filed a response to the ex parte application or otherwise informed the Court that he has any objection to the relief presently sought by the defendants. Accordingly, upon due consideration, the ex parte application (ECF No. 67) is **GRANTED** and discovery in this matter is **STAYED** pending the Court's resolution of Defendant Brown's pending motion to dismiss (ECF No. 50). This stay shall be automatically lifted upon the Court's resolution of Defendant Brown's motion to dismiss without the need for further notice from the Court.

///

1  Alternatively, any party may apply for an earlier lifting of the stay entered hereby
2  upon a showing of good cause.
3  **IT IS SO ORDERED.**
4  Dated:  September 3, 2020

_____
Honorable Barry Ted. Moskowitz
United States District Judge