UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance MURSCHEL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Daniel PARAMO, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 17-cv-1142-BTM-AGS<br><br>**ORDER REQUIRING JOINT DISCOVERY PLAN** |

By **November 17, 2020**, the parties must provide the Court with a Joint Discovery Plan. The JDP must be filed on the CM/ECF system and lodged with Magistrate Judge Schopler by emailing it to efile_Schopler@casd.uscourts.gov. Because defendants raised the issue of failure to exhaust, the Plan should offer a brief schedule to adjudicate that issue before moving on to general discovery. *See Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) ("Exhaustion should be decided, if feasible, before reaching the merits of a prisoner's claim."). The JDP must identify if good cause exists to modify the Court's tentative schedule of deadlines, which is as follows:

1

| Event | Deadline |
|---|---|
| Defense Counsel Receiving and Serving All Grievances on File at the Institution | December 8, 2020 |
| Plaintiff's Deposition, not limited solely to issues of exhaustion | By January 15, 2021 |
| Any Motions Concerning Exhaustion or Requests for *Albino* Hearing | January 29, 2021 |
| Motions to Amend | February 16, 2021 |
| Expert Witness Designations and Disclosures | April 30, 2021 |
| Rebuttal Expert Witness Designations and Disclosures | May 28, 2021 |
| Expert Discovery Completion | June 25, 2021 |
| Fact Discovery Completion | June 25, 2021 |
| MSC Briefs | July 2, 2021 |
| Mandatory Settlement Conference | July 9, 2021, at 9:00 a.m. |
| Pretrial Motions | July 26, 2021 |
| Rule 26(a)(3) Disclosures | October 1, 2021 |
| Meet and Confer on the PTO | October 8, 2021 |
| Draft PTO to Defense Counsel | October 15, 2021 |
| Lodge PTO | October 22, 2021 |
| Final Pretrial Conference | October 29, 2021, at 11:00 a.m. |
| **Discovery Type** | **Restriction** |
| Depositions | No more than 4 |
| Requests for Admission | No more than 15 |
| Interrogatories | No more than 15 |
| Requests to Produce Documents | No more than 15 |

Defense counsel is responsible for contacting plaintiff to prepare the joint discovery plan and, should plaintiff be incarcerated at the relevant time, for ensuring plaintiff's participation in any telephonic or in-person hearings.

Dated: October 20, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge